IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUINLAN MALLOY, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL MORRIN (#5606), SUPERINTENDENT DAVID BROWN, and CITY OF CHICAGO, <br><br> Defendants. | Case No. 1:23-cv-02234 <br><br> Judge Georgia N. Alexakis <br><br> Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF
AGREED QUALIFIED HIPAA AND MHDDCA PROTECTIVE ORDER**

Defendants the City of Chicago and former Superintendent David Brown, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(c), for their Unopposed Motion for Entry of Agreed Qualified HIPAA and MHDDCA Protective Order, state as follows:

1. Plaintiff alleges that his constitutional rights were violated by Chicago Police Department ("CPD") officers during Plaintiff's participation in a protest in the City of Chicago during the summer of 2020.

2. Defendants seek the entry of an agreed HIPAA and MHDDCA[1] protective order to facilitate discovery of Plaintiff's medical and mental health records. As this Court notes in its standing order, HIPAA and its regulations create a procedure for obtaining authority to use medical records in litigation, including requesting a qualified protective order, under 45 C.F.R. § 164.512(e). A qualified protective order is one that: (a) prohibits the parties from using or

---

[1] The Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/1, *et seq.* ("MHDDCA") protects from disclosure records and communications relating to the provision of mental health or developmental disability services.

disclosing the protected health information for any purpose other than the litigation for which such information was requested; and (2) requires the return to the covered entity or destruction of the protected health information (including all copies made) at the end of the litigation. 45 C.F.R. § 164.512(e)(1)(v).

       3.       Defendants' counsel have conferred with Plaintiff's counsel regarding this motion and the proposed agreed HIPAA and MHDDCA protective order. The parties have agreed to the terms of the proposed order.

       4.       Pursuant to this Court's standing order, counsel will submit a Word version of the proposed agreed HIPAA and MHDDCA protective order to this Court's proposed order electronic filing box (Proposed_Order_Gilbert@ilnd.uscourts.gov).

WHEREFORE, Defendants respectfully request that this Court enter their proposed Agreed Qualified HIPAA and MHDDCA Protective Order, and grant such further relief as the Court deems just and proper.

Dated: December 6, 2024                    Respectfully submitted,

                                                  By: /s/ Joan E. Ahn
                                                  Special Assistant Corporation Counsel

                                                  Allan T. Slagel
                                                  aslagel@taftlaw.com
                                                  Elizabeth Erin Babbitt
                                                  ebabbitt@taftlaw.com
                                                  Thomas Hudson Cross, IV
                                                  hcross@taftlaw.com
                                                  Joan E. Ahn
                                                  jahn@taftlaw.com
                                                  TAFT STETTINIUS & HOLLISTER LLP
                                                  111 East Wacker Drive, Suite 2600
                                                  Chicago, Illinois 60601
                                                  (312) 527-4000

                                                  Anton Christopher Brown
                                                  cbrown@taftlaw.com
                                                  TAFT STETTINIUS & HOLLISTER LLP
                                                  2200 IDS Center
                                                  80 South Eighth Street
                                                  Minneapolis, MN 55402
                                                  (612) 977-8400

                                                  ***Counsel for City of Chicago and Superintendent David Brown***